UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

**Hearing Information:**
Debtor: ROSA HAYDEE GONZALEZ MILLAN
Case Number: 17-03246-ESL13              Chapter: 13
Date / Time / Room: 07/10/2018 09:00 am osjcrt2
Bankruptcy Judge: ENRIQUE S. LAMOUTTE
Courtroom Clerk: MARTA BORREGO
Reporter / ECR: EDNA SANABRIA

**Matter:**
#31 Motion for Relief From Stay Under 362 [e] filed by Rushmore Loan Management Services, LLC With Declaration under servicemember civil relief act of 2003. Collateral: residence located at D2 1 ST EL VIVERO DEV, GURABO, PR 00778.. Post Petition Arrears: $2,529.86
#37 Debtor's Reply

**Appearances:**
JOSE RAMON CARRION MORALES
ROBERTO FIGUEROA CARRASQUILLO
SERGIO A RAMIREZ DE ARELLANO — José Vázquez Lozada

**Proceedings:**

ORDER:

____ Upon debtor(s)' failure to: ____ oppose; ____ appear at the hearing scheduled for this date; ____ make current payments to movant; the instant motion is granted and the stay is hereby lifted in favor of movant.

____ Debtor shall provide adequate protection to movant by:
____ curing the arrears within ____ days. Upon failure to comply, the stay shall be deemed lifted without further order or hearing.

____ Parties are granted ____ days to file a stipulation or joint motion for consent judgment. Upon failure to so file, the Court will enter an order lifting the automatic stay in favor of movant.

____ Upon debtor(s)' consent, the instant motion is granted and the stay is hereby lifted in favor of movant.

✓ The automatic stay is hereby modified for loan mitigation/modification purposes only. The parties shall inform the Court within 60 days on the status of the process.

____ Movant's application to withdraw the motion is hereby granted.

✓ Other:
movant waived the alternate period.

/s/ Enrique S. Lamoutte
U. S. Bankruptcy Judge