IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>**ROSA HAYDEE GONZALEZ MILLAN**<br><br>Debtor(s)  | **CASE NO. 17-03246 (ESL)**<br><br>**Chapter 13** |
| **RUSHMORE LOAN MANAGEMENT SERVICES LLC, SERVICER FOR ROOSEVELT CAYMAN ASSET COMPANY II**<br>**Movant**<br><br>VS.<br><br>**ROSA GONZALEZ MILLAN AND JOSE CARRION MORALES**<br>**CHAPTER 13 TRUSTEE**<br><br>**Respondents** | **INDEX**<br><br><br>☒ **of acts against property under §362(d)(1) "CAUSE"** |

## MOTION REQUESTING ENTRY OF ORDER GRANTING RELIEF FROM STAY

TO THE HONORABLE COURT:

COMES NOW Movant **RUSHMORE LOAN MANAGEMENT SERVICES LLC, SERVICER FOR ROOSEVELT CAYMAN ASSET COMPANY II** ("Rushmore"), through its undersigned counsel, and very respectfully alleges, states and prays:

1. On June 14, 2018 (Docket No. 31), Rushmore filed a Motion for Relief from Stay regarding Debtor's real property located at: D2 1 st. El Vivero Dev., in Gurabo, Puerto Rico; for lack of post-petition payments regarding loan 9520.

2. On July 10, 2018 (Docket No. 40), this Honorable court modified the automatic

stay for loan modification purposes only and ordered the parties to inform the status of the process within 60 days.

3. As of today, Debtor has not made contact with the Loss Mitigation department and arrears regarding loan 9520 total $3,249.80

**WHEREFORE,** it is respectfully requested that this Honorable Court enter an order granting RUSHMORE relief from stay.

### NOTICE

**WITHIN FOURTEEN (14) DAYS FROM SERVICE OF THIS MOTION, ANY PARTY OBJECTING TO THE RELIEF SOUGHT HEREIN, SHALL SERVE AND FILE AN OBJECTION OR OTHER APPROPRIATE RESPONSE TO THIS MOTION WITH THE CLERK'S OFFICE OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO. IF NO OBJECTION OR OTHER RESPONSE IS FILED WITHIN THE TIME ALLOWED HEREIN, THE MOTION WILL BE DEEMED UNOPPOSED AND MAY BE GRANTED UNLESS: (1) THE REQUESTED RELIEF IS FORBIDDEN BY LAW; (2) THE REQUEST RELIEF IS AGAINST PUBLIC POLICY; OR (3) IN THE OPINION OF THE COURT, THE INTEREST OF JUSTICE REQUIRES OTHERWISE.**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed electronically on this day with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the parties who have made an electronic appearance herein.

San Juan, Puerto Rico, this 13th day of September, 2018.

s/SERGIO A. RAMIREZ DE ARELLANO
SARLAW LLC
Attorney for RUSHMORE
Rushmore Center, Suite 1022
209 Muñoz Rivera Ave.
San Juan, PR 00918-1009
Telephone Number: (787) 765-2988
Facsimile Number: (787) 765-2973
USDC #126804
sramirez@sarlaw.com

# MFR CHECKLIST

| DATE: | 9/12/2018 | | LOAN NUMBER: | ######9520 |
|---|---|---|---|---|
| Investor # / Name: | | Roosevelt Cayman Asset Company II | | |
| Date Bk Filed: | 5/8/2017 | BK Number: 17-03246 | CHAPTER: | 13 |

## POST PETITION PAYMENTS

| Start date | | End date | PMT AMT | # of PMTS | Total |
|---|---|---|---|---|---|
| 10/1/2017 | thru | 11/1/2017 | $239.98 | 2 | $479.96 |
| 2/1/2018 | thru | 9/1/2018 | $239.98 | 8 | $1,919.84 |
| | thru | | | | $0.00 |
| | thru | | | | $0.00 |
| | thru | | | | $0.00 |
| | thru | | | | $0.00 |
| | thru | | | | $0.00 |
| | thru | | | | $0.00 |
| | | | Total | 10 | $2,399.80 |

## FEES ( FEE1 Screen)

| Reason | Amount |
|---|---|
| Late | |
| NSF/SpeedPay | |
| Recording | |
| Other | |
| | |
| | |
| Total | $0.00 |

## Corp Adv (DDCH screen)

| Reason | Amount |
|---|---|
| FC ATTY Fees | |
| FC Costs | |
| BK Atty Fees | $850.00 |
| BK Costs | |
| BPO | |
| Prop Inspections | |
| Prop Pres | |
| Acquired Recoverable Balance | |
| Other - Door Knock | |
| | |
| Total | $850.00 |

| Less suspense credit | Total | $0.00 |
|---|---|---|
| SER1 screen | | |

| | MFR TOTAL | $3,249.80 |
|---|---|---|

The subscribing representative of Rushmore Loan Management Services LLC declares under penalty of perjury that according to the information gathered, the foregoing information is true and correct.

s/Melissa Cesareo

Bankruptcy Specialist